UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JULIE K. HEBL,

                Plaintiff,                      ORDER

          v.                              Case No. 10-CV-329

TIFFIN MOTORHOMES, INC.,

                Defendant.

---

     The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

     Entered this 22d day of July, 2011.

                                                                BARBARA B. CRABB
                                                                UNITED STATES DISTRICT JUDGE